## *UNITED STATES DISTRICT COURT*

_____District of Arizona_____

*In the Matter of the Search of*:

**SUBJECT PARCEL:** One (1) USPS Priority Mail parcel bearing USPS tracking number 9405 5362 0830 3311 5670 94 addressed to "ZACH SMITH 1400 PALMER ST VIRGINIA BEACH VA 23456-1487," with a return address of "GENE GORDON 11004 W HOPI ST AVONDALE AZ 85323." It is a white cardboard box measuring 8.68" X 5.43" X 1.75"; weighing approximately 14.85 ounces; postmarked April 27, 2026; and bearing $9.54 in postage.

**SEARCH WARRANT**

Case Number: 26 -5201 MB

TO:  David Stevens and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, David Stevens, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One (1) USPS Priority Mail parcel bearing USPS tracking number 9405 5362 0830 3311 5670 94 addressed to "ZACH SMITH 1400 PALMER ST VIRGINIA BEACH VA 23456-1487," with a return address of "GENE GORDON 11004 W HOPI ST AVONDALE AZ 85323." It is a white cardboard box measuring 8.68" X 5.43" X 1.75"; weighing approximately 14.85 ounces; postmarked April 27, 2026; and bearing $9.54 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1) and/or 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  5/ 15 /26 _____(Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

_____May_____, 2026_____   at   Phoenix, Arizona
Date and Time Issued      @ 4:08 p.m.      City and State

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE          _____
Name and Title of Judicial Officer          Signature of Judicial Officer

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:** 26-5201MB | **Date and time warrant executed:** May 4, 2026 at 09:20 AM | **Copy of warrant and inventory left with:** Postal Case File |
| **Inventory made in the presence of:** PI D. Stevens and USPIS M. Kaminski | | **USPS Tracking Number:** 9405 5362 0830 3311 5670 94 |

**Inventory of the property taken and name of any person(s) seized:**

USPS Priority Mail Parcel No. 9405 5362 0830 3311 5670 94:
- Small Flat Rate cardboard box
- Bubble wrap
- Bubble wrap bundle with clear tape
- Three (3) black mylar bags labeled T3 Liothyronine (Approximately 19.8 grams of red pills)
- Vacuum sealed bag with 15 vials
- Five (5) vials labeled Trenbolone (Approximately 111.1 gross grams)
- Two (2) vials labeled DECA (Approximately 44.0 gross grams)
- Eight (8) vials labeled Testosterone (Approximately 179.2 gross grams)

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

**Date:** May 6, 2026

David M. Stevens
2026.05.06 14:26:27 -07'00'

*Executing officer's signature*

Postal Inspector David Stevens
*Printed name and title*